**E-FILED January 12, 2012***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERNESTO MARTINEZ, | No. C12-00102 HRL |
| Plaintiff, | **ORDER SETTING DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| MAXWELL REAL ESTATE INVESTMENT, LLC, | |
| Defendant. | |

This case was randomly assigned to the undersigned magistrate judge for all purposes, including trial. In accordance with 28 U.S.C. § 636, the magistrate judges of this district are designated to conduct any and all proceedings in a civil case (including trial and entry of judgment), upon consent of the parties. An appeal from a judgment entered by a magistrate judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district judge.

Parties have the right to decline to proceed before a magistrate and to request reassignment to a district judge without adverse substantive consequences. Fed. R. Civ. P. 73(b)(2). Martinez shall, **no later than January 27, 2012**, inform the court whether he consents to magistrate judge jurisdiction or whether he requests reassignment to a district judge by filing either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United

States District Judge. The forms are available from the Clerk of the Court and on the court's website at http://cand.uscourts.gov.

SO ORDERED.

Dated: January 12, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

1  5:12-cv-00102-HRL Notice sent by U.S. Mail to:

2  Ernesto Martinez
   648 N. 17th Street
3  San Jose, CA 95112

**United States District Court**
For the Northern District of California