United States District Court
For the Northern District of California

1
2                                              **\*E-FILED January 12, 2012\***
3
4
5
6
7                                      NOT FOR CITATION
8                    IN THE UNITED STATES DISTRICT COURT
9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                              SAN JOSE DIVISION
11  ERNESTO MARTINEZ,                      No. C12-00102 HRL
12            Plaintiff,                   **ORDER SETTING DEADLINE FOR
                                           CONSENT OR DECLINATION TO
13     v.                                  PROCEED BEFORE A UNITED STATES
                                           MAGISTRATE JUDGE**
    MAXWELL REAL ESTATE INVESTMENT,
14  LLC,
15            Defendant.
16  _____/
17          This case was randomly assigned to the undersigned magistrate judge for all purposes,
18  including trial.  In accordance with 28 U.S.C. § 636, the magistrate judges of this district are
19  designated to conduct any and all proceedings in a civil case (including trial and entry of
20  judgment), upon consent of the parties.  An appeal from a judgment entered by a magistrate
21  judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the
22  same manner as an appeal from any other judgment of a district judge.
23          Parties have the right to decline to proceed before a magistrate and to request
24  reassignment to a district judge without adverse substantive consequences.  Fed. R. Civ. P.
25  73(b)(2).  Martinez shall, **no later than January 27, 2012**, inform the court whether he
26  consents to magistrate judge jurisdiction or whether he requests reassignment to a district judge
27  by filing either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a
28  Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United

1    States District Judge.  The forms are available from the Clerk of the Court and on the court's

2    website at http://cand.uscourts.gov.

3         SO ORDERED.

4    Dated: January 12, 2012

5                                              _____

6                                              HOWARD R. LLOYD
                                               UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

1   5:12-cv-00102-HRL Notice sent by U.S. Mail to:

2   Ernesto Martinez
    648 N. 17th Street
3   San Jose, CA 95112

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California